```
Affirm.com
PO Box 720
San Francisco, CA 94104

Ally Credit Card/cws
Po Box 9222
Old Bethpage, NY 11804

AR Strat
14141 Southwest Fwy, Ste 300
Sugar Land, TX 77478

Best Egg
Attn: Bankruptcy
Po Box 42912
Philadelphia, PA 19101

Cash Net USA
175 W Jackson Blvd
Chicago, IL 60604

Coastl/prosp
Attn: Bankruptcy Dept
221 Main Street, Ste 400
San Francisco, CA 94105

Comenity Bank/Catherines
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity/Burlington
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501

First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117
```

```
Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Koalafi
PO Box 5518
Glen Allen, VA 23058

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Mercy
PO Box 505381
Saint Louis, MO 63150

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

Receivable Solutions Inc
PO Box 1984
Southgate, MI 48195

Servi Solutions
7460 Halcyon Point Dr
Montgomery, AL 36117

SSM Health
1145 Corporate Lake Dr
Saint Louis, MO 63132

St Charles County
Collector of Revenue
201 N Second St
Suite 134
Saint Charles, MO 63301

St Louis Pathology Associates
PO Box 775687
Chicago, IL 60677
```

```
Tidewater Finance Company
Attn: Bankruptcy
Po Box 13306
Chesapeake, VA 23325

United States Attorney
111 South 10th St
20th Floor
Saint Louis, MO 63102

Wakefield & Associates
Attn: Bankruptcy
7005 Middlebrook Pike
Knoxville, TN 37909

Westcreek Fi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058
```