Certificate Number: 19831-MOE-DE-037720585

Bankruptcy Case Number: 23-42829



19831-MOE-DE-037720585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2023, at 10:57 o'clock AM CDT, Hope A Arnold completed a course on personal financial management given by internet by Diana S. Daugherty, Standing Chapter 13 Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: August 29, 2023

By: /s/Scott E Kehiaian

Name: Scott E Kehiaian

Title: Instructor